**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

---

United States of America,

Plaintiff, Criminal No. 01-165 (1) (RHK/RLE)

vs. **ORDER**

Robert Lawrence Gabrio,

Defendant.

---

By letter (attached), Defendant has requested that this Court "file an amended Judgement and Commitment Order stipulating credit for time served from the date of [his] arrest, 5 February 2001." In April, 2002, a similar letter request was made and the United States Probation Office advised him that he was not entitled to the 90 day "credit" he was seeking. In December 2002, Defendant, through counsel, moved this Court "for an Order amending his Judgement and Commitment Order to include credit for time served as of February 5, 2001" (Doc. No.46). That Motion was denied on January 27, 2003 (Doc. No. 48).

The instant letter request is duplicative of his prior request and is **DENIED**.

Dated: March 24, 2006

s/Richard H. Kyle
RICHARD H. KYLE
United States District Judge