**UNITED STATES DISTRICT COURT**

DISTRICT OF MINNESOTA

Honorable Richard H. Kyle

13 March 2006

Ref: Robert Lawrence Gabrio, CR 01-165-01 RHK
Defendant,

v.

United States of America,
Plaintiff.

RECEIVED
BY MAIL
MAR 16 2006
CLERK, US DIST. COURT
ST. PAUL, MN

Judge Kyle,

In the above referenced case, I was arrested on 5 February 2001 on a state issued search warrant. I never bonded out and have been incarcerated since that date. In connection with and resulting from that search and arrest, I was federally indicted on 12 June 2001 on Armed Career Criminal charges. Although the indictment occurred in June 2001, the actual offense and arrest occurred on 5 February 2001.

Upon reaching a plea agreement, I pled guilty and was sentenced in your court on 5 December 2001 with the understanding from my attorney, Mr. Paul Engh, and confirmed by Your Honor at the sentencing that my sentence of 180 months would run concurrent from the time of my arrest with my state sentence of 90 days. If I had the funds, I would obtain a copy of the the sentencing transcripts to confirm this fact for you, but I don't.

When I entered the custody of the Federal Bureau of Prisons and was able to obtain a sentence computation form (attached), I discovered that I have not been credited with time served from the date of my arrest as the court stated, but was instead credited with time served from 5 May 2001- a difference of three months.

In accordance with Rule 36, Fed.R.Crim.P., which allows the court to ammend the Judgement and Commitment Order "at any time" in order to correct any "oversight", I am requesting that you would file an ammended Judgement and Commitment Order stipulating credit for time served from the date of my arrest, 5 February

2001. In other words, I am asking you to reconfirm your original stated wishes at the time of my sentencing.

I am making this request now because four years ago I did not have the education to understand everything that was happening. Specifically, my ability to read and comprehend was very low as demonstrated by my pre-G.E.D. scores from Pekin, IL FCI. I have since earned my G.E.D. (se B.O.P. records) and can now better understand what I read.

In conclusion: If I am unable to obtain an ammended Judgement and Commitment Order confirming credit for time served from the date of my arrest, I feel that I must withdraw my plea based on:
1) Case law invalidating my plea based on my provable lack of education resulting in an inability to understand said plea and
2) Ineffective Counsel in the person of Mr. Engh who did not explain my plea to me in such a way that I could understand it.

Respectfully submitted,

Robert L. Gabrio

Robert Lawrence Gabrio
Reg. #09965-041
Federal Correctional Institution
PO Box 1000
Oxford, WI 53952